# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## FINAL JUDGMENT

February 5, 2021

Before:     DIANE P. WOOD, Circuit Judge
               MICHAEL B. BRENNAN, Circuit Judge
               MICHAEL Y. SCUDDER, Circuit Judge

| No. 19-3355 | ESTATE OF CHRISTOPHER J. DAVIS, et al.,<br> Plaintiffs - Appellees<br><br>v.<br><br>JUAN ORTIZ,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 2:18-cv-01846-JPS<br>Eastern District of Wisconsin<br>District Judge J. P. Stadtmueller | |

The appeal is **DISMISSED**, with costs, for lack of jurisdiction in accordance with the decision of this court entered on this date.

    form name: **c7_FinalJudgment**(form ID: **132**)